

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:26-cr-28 |
| Plaintiff, | JUDGE Sargus |
| vs. | **INDICTMENT** |
| CEJAY J. J. MURPHY, | 21 U.S.C. §§ 841(a)(1) & (b)(1)(B)(vi)<br>18 U.S.C. § 924(c)(1)(A)(i)<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8) |
| Defendant. | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

## COUNT ONE
(Possession with Intent to Distribute Fentanyl)

1. On or about October 30, 2025, in the Southern District of Ohio, the defendant, **CEJAY J.J. MURPHY,** did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly referred to as "fentanyl," a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi).

## COUNT TWO
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

2. On or about October 30, 2025, in the Southern District of Ohio, the defendant, **CEJAY J.J. MURPHY,** knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with

intent to distribute fentanyl, as set forth in Count One of this Indictment, which is fully incorporated herein by reference.

**In violation 18 U.S.C. § 924(c)(1)(A)(i).**

## COUNT THREE
### (Felon in Possession of a Firearm)

3. On or about October 30, 2025, in the Southern District of Ohio, the defendant, **CEJAY J.J. MURPHY**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, specifically, a Glock, Model 42, .380 caliber pistol, bearing serial number AFCN747, and ammunition, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## FORFEITURE ALLEGATION

4. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

5. Upon conviction of any offense alleged in this Indictment, the defendant, **CEJAY J.J. MURPHY**, shall forfeit to the United States, in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation, including, but not limited to:

   a. A Glock, Model 42, .380 caliber pistol, bearing serial number AFCN747; and

   b. All associated ammunition.

  Forfeiture notice in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/*Foreperson*
FOREPERSON

DOMINICK S. GERACE II
United States Attorney

ELIZABETH A. GERAGHTY (0072275)
Assistant United States Attorney